UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/15/2023

CHRISTINA LOUISE BAUER,

      Plaintiff,

   -against-

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

21-CV-10496 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

     The oral argument currently scheduled for March 6, 2023, at 10:00 a.m., before Judge

Moses in Courtroom 20A, 500 Pearl Street, New York, NY 10007, is ADJOURNED to **May 15,**

**2023, at 11:00 a.m.**

Dated: New York, New York
      February 15, 2023

          **SO ORDERED.**

          _____

          **BARBARA MOSES**
          **United States Magistrate Judge**