UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINA LOUISE BAUER,

        Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

21-CV-10496 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The oral argument currently scheduled for May 15, 2023, at 11:00 a.m., before Judge Moses in Courtroom 20A, 500 Pearl Street, New York, NY 10007, is RESCHEDULED to **May 15, 2023, at 10:00 a.m.**

Dated: New York, New York
       May 11, 2023

                        SO ORDERED.

                        _____
                        **BARBARA MOSES**
                        **United States Magistrate Judge**