UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/15/2023
```

CHRISTINA LOUISE BAUER,

           Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

21-CV-10496 (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff Christina Louise Bauer filed this action pursuant to § 205(g) of the Social Security Act, 42 U.S.C. § 405(g), seeking judicial review of a final decision of the Commissioner of Social Security denying her application for supplemental security income. The case is before me for all purposes pursuant to 28 U.S.C. § 636(c).

    The Court carefully reviewed the record, the briefs, and applicable law, heard oral argument from the parties on today, announced its decision on the record at the conclusion of the argument, and directed the parties to split the costs of the transcript if either party orders it.

    For the reasons explained on the record at the conclusion of the argument, the Court has determined that the Commissioner's decision was based on the correct legal standards and was supported by substantial evidence. Therefore, plaintiff's motion for judgment on the pleadings (Dkt. 17) is DENIED and the Commissioner's cross-motion for judgment on the pleadings (Dkt. 24) is GRANTED.

    The Clerk of the Court is respectfully directed to close the case.

Dated: New York, New York
       May 15, 2023

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**