**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHRISTINA LOUISE BAUER,

                Plaintiff,                        21 **CIVIL** 10496 (BCM)

     -v-                                        **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 15, 2023, the Court has determined that the Commissioner's decision was based on the correct legal standards and was supported by substantial evidence. Therefore, plaintiff's motion for judgment on the pleadings is DENIED and the Commissioner's cross-motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
            May 15, 2023

                                                             **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                          **BY:**      *K. Mango*

                                                               **Deputy Clerk**